1  McGREGOR W. SCOTT
   United States Attorney
2  KEVIN P. ROONEY, AUSA
   Federal Courthouse
3  2500 Tulare St., Suite 4401
   Fresno, California 93721
4  Telephone: (559) 497-4000
   Facsimile:  (559) 497-4099
5

6

7                    IN THE UNITED STATES DISTRICT COURT FOR THE

8                         EASTERN DISTRICT OF CALIFORNIA

9

10
   UNITED STATES OF AMERICA,          ) Case No. 1:07-CR-179 AWI
11                                     )
                      Plaintiff,       ) ORDER TO CONTINUE DATE
12       v.                            ) FOR STATUS CONFERENCE
                                       )
13 JOSE CONTRERAS MIRAN and,           ) DATE:    APRIL 7, 2008
   JOSE TRINIDAD VALERIANO,            ) TIME:     9:00 a.m.
14                                     ) PLACE: Courtroom 2
                      Defendants.      ) Honorable Anthony W. Ishii
15 _____ )

16
        Upon the stipulation of the parties and good cause appearing therefore,
17
        IT IS HEREBY ORDERED that the status conference presently set for April 7, 2008 at
18
   9:00 a.m. is continued until May 5, 2008  at 9:00 a.m. to be heard before the Honorable Anthony
19
   W. Ishii, Courtroom 2 .
20

21
   IT IS SO ORDERED.
22
   **Dated:   April 1, 2008**              _____/s/ Anthony W. Ishii_____
23                                         UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                            1