DANIEL J. BRODERICK, Bar #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
JOSE CONTRERAS-MIRAN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO.  1:07-CR-00179 AWI |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING DATE; ORDER |
| v. | |
| JOSE CONTRERAS-MIRAN, | Date: March 23, 2009 |
| Defendant. | Time: 9:00 A.M. |
| | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for January 26, 2009, **may be continued to March 23, 2009 at 9:00 a.m.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation prior to the sentencing hearing.  The requested continuance will conserve time and resources for all parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C.  §§ 3161(h)(8)(A).

McGREGOR M. SCOTT
United States Attorney

DATED: January 22, 2009          By   /s/ Kevin P. Rooney
                                 KEVIN P. ROONEY
                                 Assistant United States Attorney
                                 Attorney for Plaintiff


                                 DANIEL J. BRODERICK
                                 Federal Defender


DATED: January 22, 2009          By   /s/ Melody M. Walcott
                                 MELODY M. WALCOTT
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 JOSE CONTRERAS-MIRAN


**ORDER**


IT IS SO ORDERED.

**Dated:   January 22, 2009**          **/s/ Anthony W. Ishii**
                                 CHIEF UNITED STATES DISTRICT JUDGE