IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, </br> </br> Plaintiff, </br> </br> vs. </br> </br> JOSE CONTRERAS MARIN, </br> </br> Defendant. | Case No.: 1:07-cr-00179-AWI </br> </br> ORDER OF RELEASE |

The above named defendant having been sentenced on December 1, 2014 to 4 MONTHS (TIME SERVED),

IT IS HEREBY ORDERED that the defendant shall be released FORTHWITH.  A certified Judgment and Commitment order to follow.

IT IS SO ORDERED.

Dated:  December 1, 2014                    /s/ ANTHONY W. ISHII
                                            SENIOR U.S. DISTRICT JUDGE

Order of Release - 1