BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE CONTRERAS MARIN,<br><br>Defendants. | CASE NO. 1:07-CR-00179 AWI<br><br>MOTION TO DISMISS CHARGE TWO OF PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION AND PROPOSED ORDER OF DISMISSAL |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kevin P. Rooney, Assistant U.S. Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves, in the interest of justice, to dismiss Charge Two of the Petition For Warrant For Offender Under Supervision.

Dated: December 4, 2014                                    BENJAMIN B. WAGNER
                                                                              United States Attorney

                                                                     By: /s/ Kevin P. Rooney
                                                                              KEVIN P. ROONEY
                                                                              Assistant United States Attorney

BENJAMIN B. WAGNER
United States Attorney
KEVIN P. ROONEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:07-CR-00179 AWI |
|---|---|
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| JOSE CONTRERAS MARIN, | |
| Defendants. | |

**IT IS HEREBY ORDERED** in the interest of justice, and based upon Government's Motion to Dismiss, that Charge Two of the Petition For Warrant for Offender Under Supervision in this case be dismissed as to Defendant, Jose Contreras Marin.

IT IS SO ORDERED.

Dated:   December 4, 2014                    _____
                                             SENIOR DISTRICT JUDGE